| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

JEFFREY S. SEELBACH, §
 §
       Plaintiff, §
 §
*versus* § CIVIL ACTION NO. 1:08-CV-661
 §
WELLS FARGO HOME MORTGAGE §
 §
       Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07, entered on November 12, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss this action for lack of subject-matter jurisdiction, or, alternatively, grant defendant's motion for summary judgment because there is no genuine issue of material fact because defendant complied with all applicable provisions of RESPA and is entitled to judgment as a matter of law. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED** and defendant's motion for summary judgment [Docket No. 10] is **GRANTED**. It is further

    **ORDERED** that the reference to the magistrate judge is **VACATED**. It is furter

    **ORDERED** that all pending motions are **DENIED** as moot.

Final Judgment will be entered separately.

SIGNED at Beaumont, Texas, this 24th day of March, 2010.

                                                      MARCIA A. CRONE
                                         UNITED STATES DISTRICT JUDGE